PrchaelUNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| Anton Redmon | ) CHAPTER 13 CASE NO.  08-22227 |
| | ) |
| DEBTOR | ) |

**NOTICE FOR DEPOSIT OF FUNDS**
**INTO U. S. TREASURY FUND 106000**

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $2.48  into U. S. Treasury Fund 106000 for the following reasons:

1. That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That the debtor's case was dismissed  in September 2009 and a refund check was sent to the Debtors in the amount of $2.48.
3. To date the check remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $2.48 into U.S. Treasury Fund 106000 on behalf of  Debtor, Anton Redmon whose last known address was 1014 Taft Street, Gary, IN 46404

/s/    Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice was sent electronically on January 28, 2010 to the attorney for the debtor and the United States Trustee and to the debtor at 1014 Taft Street, Gary, IN 46404.

/s/    Paul R. Chael
Paul R. Chael, Chapter 13 Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015